UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LOUISIANA REALTY DEVELOPMENT, LLC** | * | CIVIL ACTION NO: 25-656 |
| **Plaintiff,** | * | SECTION: "O" (4) |
| v. | * | JUDGE: BRANDON S. LONG |
| **AXIS SURPLUS INSURANCE COMPANY** | * | MAG. JUDGE: KAREN WELLS ROBY |
| **Defendants.** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### EX PARTE MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiff, **LOUISIANA REALTY DEVELOPMENT, LLC** ("Plaintiff"), who moves this Honorable Court to withdraw **Shelby S. Talley (#39050)**, **Lawson Nguyen (#40469)**, **Drake S. Pierce (#40483)**, and **Landis R. Silva (#40642)** as counsel of record in the above-captioned matter as they are no longer affiliated with Montiel Hodge, LLC.

Plaintiff further moves the Court to substitute and enroll **Dominic J. Carmello (#40306)** of Montiel Hodge, LLC, 400 Poydras Street, Suite 2325, New Orleans, LA 70130, in the place of **Shelby S. Talley (#39050)**, **Lawson Nguyen (#40469)**, **Drake S. Pierce (#40483)**, and **Landis R. Silva (#40642)**. All other counsel representing Plaintiff remain enrolled. This substitution will not delay these proceedings in any way.

**WHEREFORE**, Plaintiff, **LOUISIANA REALTY DEVELOPMENT, LLC** respectfully prays that this Honorable Court grant its Ex Parte Motion to Withdraw and Substitute Counsel of Record.

Respectfully submitted,

/s/ *Mark G. Montiel, Jr.*
_____
MARK G. MONTIEL, JR. (#36122)
JACK F. GRIFFIN (#40382)
**MONTIEL HODGE, LLC**
400 Poydras Street, Suite 2325
New Orleans, Louisiana 70130
Telephone: (504) 323-5885
Fax: (504) 308-0511
mmontiel@montielhodge.com
jgriffin@montielhodge.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I, the undersigned counsel in the above styled case, do hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail or electronic mail on this 10th day of September, 2025.

/s/ *Mark G. Montiel, Jr.*_____
**MARK G. MONTIEL, JR.**

2